UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| SHIRLEY MICHAUD | ) |
| | ) |
| v. | )  CIVIL NO.  1:15-cv-359-NT |
| | ) |
| CALAIS REGIONAL HOSPITAL | ) |

## ORDER OF DISMISSAL

This action having been reported settled by counsel on May 16, 2017, and counsel having failed to file the papers necessary to terminate the action as of record;

Now therefore, pursuant to Local Rule 41.1(a) this action is DISMISSED with prejudice and without costs, subject to the right of any party to move to reinstate the action within one year if the settlement is not consummated.

FOR THE COURT.

                                        CHRISTA K. BERRY
                                        CLERK

By:

                                        /s/ Melody Whitten
                                        Deputy Clerk

Dated this 20th day of June, 2017.